UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL JAMES ROSS,

    Plaintiff,

v.                                        Case No.:   2:24-cv-728-SPC-NPM

IHEARTMEDIA, INC.,

    Defendant.
_____/

## ORDER

Before the Court is pro se Plaintiff Michael Ross's Complaint. (Doc. 1). This Court construes this as a defamation action.

Federal courts are courts of limited jurisdiction and have "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." *Arbaugh v. Y.H. Corp.*, 546 U.S. 500, 514 (2006) (citing *Ruhrgas AG v. Marathon Oil Co.,* 526 U.S. 574, 583 (1999)).

Plaintiff cites diversity of citizenship as the basis for this Court's jurisdiction. (Doc. 1 at 3). But diversity jurisdiction only exists where there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).  Here, Plaintiff alleges that he is a citizen of Texas and so is

Defendant iHeart Media, Inc. (Doc. 1 at 4). That means there is no diversity of citizenship in this case.

Accordingly, the Court finds that Plaintiff has not met his burden of establishing this Court's subject matter jurisdiction over this action.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Michael Ross's Complaint (Doc. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

2. Plaintiff may file an amended complaint on or before **September 6, 2024.** Failure to do so will cause the Court to close this case without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida on August 21, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record